UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62708-CIV-SINGHAL

ARNALDO MENDIBUR CASADO,

    Petitioner,

v.

GARRETT RIPA, in his official capacity as
Field Office Director of Enforcement and
Removal Operations, Miami, Field Office,
Immigration and Customs Enforcement;
KRISTI NOEM, in her capacity as the
Secretary of Homeland Security; PAMELA
JO BONDI, in her official capacity as the
United States Attorney General; TODD
M. LYONS, Acting Director of U.S.
Immigration and Customs Enforcement, in
his official capacity; WARDEN OF
BROWARD TRANSITIONAL CENTER,
in his official capacity,

    Respondents.
_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon Petitioner's Petition for Writ of Habeas Corpus and Request for Order to Show Cause (the "**Petition**") (DE [1]), Respondents' Return to Petition for Writ of Habeas Corpus (the "**Return**") (DE [12]), and Petitioner's Reply to Respondent's Return to Petition for Writ of Habeas Corpus (the "**Reply**") (DE [13]). The Court has reviewed the Petition, Return, and Reply and discerns no factual disputes, nor have the parties highlighted any such dispute(s). Thus, while 28 U.S.C. Section 2243 requires a hearing on this matter, Petitioner's physical presence is not required. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties attend a **30-minute**, **in-person** hearing on **January 28, 2026, at 2:30 PM** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF